**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*dsawwan@foxrothschild.com*

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>Defendants. | Civil Action No.: 08-CV-00522 (LTS)(FM)<br><br>**ECF CASE**<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Eugene J. Callaghan, John Gloistein, and E & J Agency, Inc.(hereinafter referred to as "Defendants") by and through their attorneys, Fox Rothschild LLP, make the following disclosure statement. Defendant E & J Agency, Inc. is not wholly owned and/or a subsidiary of any corporation. There is no publicly held corporation that holds ten percent or more of Plaintiff's stock.

RL1 689021v1 01/21/08

The undersigned party understands that under Rule 7.1, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                  FOX ROTHSCHILD LLP

                                  By: _____
                                      Donia Sawwan, Esq. (DS/9338)
                                      FOX ROTHSCHILD LLP
                                      Attorneys for Defendants
                                      Eugene J. Callaghan, John Gloistein, and
                                      E & J Agency, Inc.
                                      100 Park Avenue, Suite 1500
                                      New York, New York 10017
                                      *dsawwan@foxrothschild.com*

Dated: January 21, 2008

RL1 689021v1 01/21/08

## CERTIFICATE OF SERVICE
(via FedEx)

I hereby certify that on this date I caused a true copy of the foregoing Rule 7.1 Corporate Disclosure to be served on Plaintiffs, via prepaid overnight express delivery (FedEx), to:

Timothy J. Dunn, III, Esq.
Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd., Suite 214 N,
Farmingdale, New York 11735

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 21, 2008

_____
Annette Riley

RL1 689021v1 01/21/08