**CERTIFICATE OF SERVICE**
(via FedEx)

I hereby certify that on this date I caused a true copy of the Court's Initial Conference Order to be served on Plaintiffs, via prepaid overnight express delivery (FedEx), to:

Timothy J. Dunn, III, Esq.
Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd., Suite 214 N,
Farmingdale, New York 11735

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 31, 2008

*Donia Sawwan* (signature)
Donia Sawwan