UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

Brownstone Agency, Inc.,

        Plaintiffs,

  -v-                                        No. 08 Civ. 522 (LTS)(FM)

Eugene J. Callaghan, et al.,

        Defendants.

------------------------------------------------------x

### ORDER TO SHOW CAUSE[1]

        On January 18, 2008, the Supreme Court of the State of New York, signed an order directing Defendants to show cause as to why an order should not be entered granting a preliminary injunction against Defendant, their agents, and employees from soliciting and contacting any customers, clients, brokers, agents, employees and associated contacts of the Brownstone Agency, Inc. and Murphy and Jordan, LLC. The order also directed Defendants to show cause as to why other types of relief should not be granted in Plaintiffs favor.

        A pre-trial conference concerning the Order to Show Cause will be held on February 8, 2008, at 9:30 a.m in Courtroom 17C. Any opposition papers shall be served and filed, with a courtesy copy provided to Chambers, by February 6, 2008.

SO ORDERED.

Dated: New York, New York
       February 1, 2008

                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge

---

[1] The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver immediately a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Copies mailed to D∈F
Chambers of Judge Swain 2/1/08