## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008 the foregoing Answer and Counter-claim was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, upon the following parties and participants via Fed Ex, overnight mail:

Timothy J. Dunn, III, Esq.<br>
Rebore, Thorpe & Pisarello, P.C.<br>
500 Bi-County Blvd., Suite 214 N,<br>
Farmingdale, New York 11735<br>
*Attorney for Plaintiffs*

_/s/ Annette Riley_

Dated:   New York, New York
         February 7, 2008