UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Brownstone Agency,

                Plaintiff(s),

   -v-

Callaghan,

               Defendant(s).
-----------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 522 (LTS)(FM)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose:_____ |
| | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion:_____ |
| ___ Inquest After Default/Damages Hearing | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                February 8, 2008

                                                                LAURA TAYLOR SWAIN
                                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 8 2008