**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York
Telephone:  (212) 878-7900
Facsimile:  (212) 692-0940
*dsawwan@foxrothschild.com*

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN, | Civil Action No. 1:08-cv-522(LTS)(FM) |
| Plaintiff, | ECF CASE |
| vs. | **DEFENDANTS' SUPPLEMENT TO THE NOTICE OF REMOVAL** |
| EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC. | |
| Defendants. | |

TO:    Timothy J. Dunn, III, Esq.
       Rebore, Thorpe & Pisarello, P.C.
       500 Bi-County Blvd., Suite 214 N,
       Farmingdale, New York 11735

COUNSEL:

In accordance with the Court's February 1, 2008 Initial Conference Order, defendants Eugene J.

Callaghan, John Gloistein, and E & J Agency, Inc. (hereinafter referred to as "Defendants") hereby

submit this Supplement to the Notice of Removal.

- 1 -

1.      All defendants were served on Friday, January 18, 2008. All defendants joined in the removal of this action.

2.      The Notice of Removal was filed on January 22, 2008, within thirty days after the first defendant was served.

3.      None of the defendants are a resident of the State of New York. As is set forth in the removal papers, the two individual defendants (Eugene J. Callaghan and John Gloistein) are citizens of the State of New Jersey. The corporate defendant (E & J Agency, Inc.) is incorporated in and has its principal place of business in the State of New Jersey.

4.      As was set forth in the removal papers, to the best of Defendants' knowledge, Plaintiff Brownstone Agency is incorporated in and have their principal places of business in the State of New Jersey.

5.      In addition, Murphy & Jordan is a limited liability company organized under the laws of the State of New York with its registered address at 199 Water Street, 7th Floor, New York, New York 10038. Murphy & Jordan only has two members: John Cassara (51%) and Eugene P. Murphy (49%).

6.      To the best of Defendants' knowledge, John Cassara resides at 12 Wildwood Ct., Locust Valley (Lattingtown), New York.

7.      To the best of Defendants' knowledge, Eugene P. Murphy resides at 9025 Terranova Drive, Naples, Florida.

FOX ROTHSCHILD, LLP
Attorneys for Defendants, Eugene J. Callaghan,
John Gloistein and E & J Agency, Inc.

By: _Donia Sawwan_____
DONIA SAWWAN

Dated: February 11, 2008

- 2 -

## CERTIFICATE OF SERVICE
### (via FedEx)

I hereby certify that on this date I caused a true copy of *Defendants' Supplement to the*

*Notice of Removal* to be served on Plaintiffs, via prepaid overnight express delivery (FedEx), to:

> Timothy J. Dunn, III, Esq.
> Rebore, Thorpe & Pisarello, P.C.
> 500 Bi-County Blvd., Suite 214 N,
> Farmingdale, New York 11735

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 11, 2008

Donia Sawwan

RL1 692554v1 02/11/08