UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
BROWNSTONE AGENCY, INC and MURPHY & JORDAN,
L.L.C.,

    Plaintiffs,

-against-

EUGENE J. CALLAGHAN, JOHN A. GLOISTEIN, and
E & J AGENCY, INC,

    Defendants.
-------------------------------------x

DOCKET NO.:
1:08-CV-00522-LTS

**NOTICE OF APPEARANCE**

To: Clerk of the Court
United States District Court
Southern District of New York

PLEASE TAKE NOTICE that the undersigned attorney and law firm hereby appears for the plaintiffs, Brownstone Agency, Inc. and Murphy & Jordan, L.L.C., in the above-captioned action, for all purposes, including the filing, notice and receipt of documents under the ECF system.

The Lead Attorney/Attorney to be Noticed is Timothy J. Dunn, III (TD/2349). Date of Admission is February 20, 1998. The telephone number is 631-249-6600. The facsimile number is 631-249-8190. The electronic mail address for all communications and ECF filing is tdunn@rtplaw.net.

Dated: February 15, 2008
      Farmingdale, NY

                  Timothy J. Dunn, III (TD/2349)
                  REBORE, THORPE & PISARELLO, P.C.
                  Attorneys for Plaintiffs
                  BROWNSTONE AGENCY, INC and MURPHY & JORDAN, L.L.C.,
                  500 Bi-County Blvd., Suite 214N
                  Farmingdale, NY 11735
                  631-249-6600

To: Donia Sawwan, Esq.
    Fox Rothschild LLP
    100 Park Avenue
    Suite 1500
    New York, NY 10017
    212-878-7900

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the Notice of Appearance to be served on Defendant on February 15, 2008, via United States Postal Service, Postage Paid First Class Mail, to:

Donia Sawwan, Esq.
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

I further certify that the foregoing statements are true, and that any willfully false statement made by me is subject to punishment.

Timothy J. Dunn, III (TD/2349)

Certified this 15th day of February, 2008