UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BROWNSTONE AGENCY, INC, et ano,   :

                Plaintiffs,   :   **ORDER**

    -against-   :   08 Civ. 522 (LTS)(FM)

EUGENE J. CALLAGHAN, et al.,   :

                Defendants.   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. Plaintiff's application for a preliminary injunction, (see Docket No. 6), is withdrawn.

2. On or before February 20, 2008, the plaintiffs shall serve and file their complaint in this action removed from state court.

3. On or before February 27, 2008, the defendants shall serve and file their answer and any counterclaims.

4. On or before March 5, 2008, the plaintiffs shall serve and file their reply to any counterclaims.

5. On or before March 12, 2008, the parties shall make their Rule 26(a)(i) disclosures, including, in particular, their damages computations.

6. On or before March 31, 2008, depositions shall be noticed.

7. A further telephone conference shall be held on April 7, 2008, at 10:00 a.m. Plaintiff's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

8. On or before May 14, 2008, all discovery shall be completed.

SO ORDERED.

Dated:    New York, New York
         February 14, 2008

                                    _____
                                         FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Laura Taylor Swain
United States District Judge

William J. Pisarello, Esq.
Rebore, Thorpe & Pisarello, PC
Fax: (631) 249-8190

Donia Sawwan, Esq.
Fox Rothschild LLP
Fax: (212) 692-0940