**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*dsawwan@foxrothschild.com*

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**ORDER FOR ADMISSION OF DOMINICK BRATTI, ESQ.**<br>***PRO HAC VICE* ON ORAL MOTION** |

Upon the oral motion of Donia Sawwan, Esq. counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. ("Defendants"), and said sponsor's attorney's affidavit declaration that applicant Dominick Bratti, Esq. is a member in good standing of the bar of the state of New Jersey; and that Mr. Bratti's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Dominick Bratti |
| Firm Name: | Fox Rothschild LLP |
| Address: | 100 Park Avenue, Suite 1500 |
| City/State/Zip: | New York, NY 10017 |
| Telephone Number: | (212) 878-7900 |
| Fax Number: | (212) 692-0940 |
| Email Address: | dbratti@foxrothschild.com |

NY1 105775v1 02/14/08

Said applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. in the above-titled action;

**IT IS HEREBY ORDERED** that Dominick Bratti, Esq., is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:   February 14, 2008
         New York, New York

_____
United States Magistrate Judge

NY1 105775v1 02/14/08

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
dsawwan@foxrothschild.com

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**MOTION TO ADMIT DOMINICK BRATTI, ESQ.**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United District Courts for the Southern and Eastern Districts of New York, I, Donia Sawwan, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Dominick Bratti |
| Firm Name: | Fox Rothschild LLP |
| Address: | 100 Park Avenue, Suite 1500 |
| City/State/Zip: | New York, NY 10017 |
| Phone Number: | (212) 878-7900 |
| Fax Number: | (212) 692-0940 |

DOMINICK BRATTI is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceedings against Dominick Bratti in any State or Federal court.

DATED:  February 14, 2008
        New York, New York

                                        Respectfully submitted,

                                        _____
                                        Donia Sawwan (DS-9338)
                                        Fox Rothschild LLP
                                        100 Park Avenue, Suite 1500
                                        New York, NY 10017
                                        Phone Number:  (212) 878-7900
                                        Fax Number:    (212) 692-0940

NY1 105777v1 02/14/08


**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
dsawwan@foxrothschild.com

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**AFFIDAVIT OF DONIA SAWWAN, ESQ. IN SUPPORT OF ORAL MOTION TO ADMIT COUNSEL DOMINICK BRATTI, ESQ.** *PRO HAC VICE* |

DONIA SAWWAN, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at the law firm of Fox Rothschild LLP, counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Dominick Bratti as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Dominick Bratti since 1999.

4. Dominick Bratti is a Principal at Fox Rothschild LLP.

5. I have found Dominick Bratti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Dominick Bratti, *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Dominick Bratti, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dominick Bratti, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

DATED: February 14, 2008
         New York, New York

Respectfully submitted,

_____
Donia Sawwan (DS-9338)

Sworn to before me this
14th day of February, 2008

_____
NOTARY PUBLIC

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

NY1 105768v1 02/14/08