

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
dsawwan@foxrothschild.com

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>  Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>  Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**MOTION TO ADMIT**<br>**CHRISTINA A. STONEBURNER, ESQ.**<br>***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United District Courts for the Southern and Eastern Districts of New York, I, Donia Sawwan, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Christina A. Stoneburner |
| Firm Name: | Fox Rothschild LLP |
| Address: | 100 Park Avenue, Suite 1500 |
| City/State/Zip: | New York, NY 10017 |
| Phone Number: | (212) 878-7900 |
| Fax Number: | (212) 692-0940 |

NY1 108693v1 03/04/08

CHRISTINA A. STONEBURNER is a member in good standing of the Bars of the State of New Jersey and the State of Pennsylvania. There are no pending disciplinary proceedings against Christina A. Stoneburner in any State or Federal court.

DATED:  March 5, 2008
         New York, New York

Respectfully submitted,

_____
Donia Sawwan (DS-9338)
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Phone Number:  (212) 878-7900
Fax Number:    (212) 692-0940

## CERTIFICATE OF SERVICE

I am over the age of eighteen and not a party to this action. I hereby certify that on this date I caused a true copy of Defendants' foregoing:

## MOTION TO ADMIT
## CHRISTINA A. STONEBURNER, ESQ. *PRO HAC VICE*

to be served upon all parties of record listed below, via regular mail:

Timothy J. Dunn, III, Esq.
Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd., Suite 214 N,
Farmingdale, New York 11735
Attorney for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2008

*Annette Riley*

NY1 108693v1 03/04/08

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
dsawwan@foxrothschild.com

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**AFFIDAVIT OF DONIA SAWWAN, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL CHRISTINA A. STONEBURNER , ESQ.** *PRO HAC VICE* |

DONIA SAWWAN, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at the law firm of Fox Rothschild LLP, counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Christine A. Stoneburner as counsel *pro hac vice* to represent Defendants in this matter.

NY1 108715v1 03/04/08

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Christine A. Stoneburner since 2005.

4. Christine A. Stoneburner is an Associate at Fox Rothschild LLP.

5. I have found Christine A. Stoneburner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Christine A. Stoneburner, *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Christine A. Stoneburner, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Christine A. Stoneburner, *pro hac vice*, to represent Defendants in the above-captioned matter, be granted.

DATED: March 5, 2008
New York, New York

Respectfully submitted,

_____
Donia Sawwan (DS-9338)

Sworn to before me this
5th day of March, 2008

_____
NOTARY PUBLIC

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

NY1 108715v1 03/04/08

# Certificate of Good Standing



### United States of America

### District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Christina A. Stoneburner*

was duly admitted to practice in said Court as of February 1, 1995, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: February 15, 2008

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee. Contact Board of Bar Examiners, New Jersey State Supreme Court.*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Christina A. Stoneburner, Esq.*

#### DATE OF ADMISSION

*January 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 21, 2008

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I am over the age of eighteen and not a party to this action. I hereby certify that on this date I caused a true copy of Defendants' foregoing:

**AFFIDAVIT OF DONIA SAWWAN, ESQ. IN SUPPORT OF MOTION
TO ADMIT COUNSEL CHRISTINA A. STONEBURNER , ESQ.** *PRO HAC VICE*

to be served upon all parties of record listed below, via regular mail:

Timothy J. Dunn, III, Esq.
Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd., Suite 214 N,
Farmingdale, New York 11735
Attorney for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2008

_____
Annette Riley

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*dsawwan@foxrothschild.com*

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC.<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-522(LTS)(FM)<br><br>ECF CASE<br><br>**ORDER FOR ADMISSION OF CHRISTINA A. STONEBURNER, ESQ.**<br>***PRO HAC VICE* ON WRITTEN MOTION** |

　　Upon the Motion of Donia Sawwan, Esq. counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. ("Defendants"), and said sponsor's attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:　　Christina A. Stoneburner
　　　　Firm Name:　　　　　Fox Rothschild LLP
　　　　Address:　　　　　　100 Park Avenue, Suite 1500
　　　　City/State/Zip:　　　　New York, NY 10017
　　　　Telephone Number:　　(212) 878-7900
　　　　Fax Number:　　　　(212) 692-0940
　　　　Email Address:　　　cstoneburner@foxrothschild.com

NY1 108756v1 03/04/08

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: March 5, 2008
New York, New York

_____
United States District/Magistrate Judge

NY1 108756v1 03/04/08