**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
*dsawwan@foxrothschild.com*



Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN, | Civil Action No. 1:08-cv-522(LTS)(FM) |
| Plaintiff, | ECF CASE |
| vs. | |
| EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC. | **ORDER FOR ADMISSION OF CHRISTINA A. STONEBURNER, ESQ.** ***PRO HAC VICE* ON WRITTEN MOTION** |
| Defendants. | |

Upon the Motion of Donia Sawwan, Esq. counsel for Defendants Eugene J. Callaghan, John Gloistein, & E&J Agency, Inc. ("Defendants"), and said sponsor's attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Applicant's Name: Christina A. Stoneburner
Firm Name: Fox Rothschild LLP
Address: 100 Park Avenue, Suite 1500
City/State/Zip: New York, NY 10017
Telephone Number: (212) 878-7900
Fax Number: (212) 692-0940
Email Address: cstoneburner@foxrothschild.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:  March 8, 2008
        New York, New York

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I am over the age of eighteen and not a party to this action. I hereby certify that on this date I caused a true copy of Defendants' foregoing:

**AFFIDAVIT OF DONIA SAWWAN, ESQ. IN SUPPORT OF MOTION
TO ADMIT COUNSEL CHRISTINA A. STONEBURNER , ESQ. *PRO HAC VICE***

to be served upon all parties of record listed below, via regular mail:

> Timothy J. Dunn, III, Esq.
> Rebore, Thorpe & Pisarello, P.C.
> 500 Bi-County Blvd., Suite 214 N,
> Farmingdale, New York 11735
> Attorney for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2008

_____
Annette Riley



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Christina A. Stoneburner, Esq.*

**DATE OF ADMISSION**

*January 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: February 21, 2008**

Patricia A. Johnson
Chief Clerk

# Certificate of Good Standing



United States of America

District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Christina A. Stoneburner*

was duly admitted to practice in said Court as of February 1, 1995, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: February 15, 2008

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

**FOX ROTHSCHILD LLP**
100 PARK AVE., STE. 1500
NEW YORK, NY 10017

1593
50-161/214

PAY TO THE ORDER OF: Clerk, USDC, SDNY

Twenty-five xx/100 DOLLARS

DATE 3/05/08

$ 25.00

State Bank of Long Island
COUNTY SEAT BRANCH
222 OLD COUNTRY ROAD, MINEOLA, NY 11501-4210

FOR _____

⑆001593⑆ ⑈021401613⑈ ⑆1117004940⑆