UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BROWNSTONE AGENCY, INC, et ano,  :

                    Plaintiffs,  :  **ORDER**

     -against-  :  08 Civ. 522 (LTS)(FM)

EUGENE J. CALLAGHAN, et al.,  :

                    Defendants.  :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before April 11, 2008, the parties shall respond to all previously served discovery requests.

2. On or before May 30, 2008, all discovery shall be completed.

3. The plaintiff may depose Mr. Brown and Ms. Simone.

4. A further telephone conference shall be held on June 9, 2008, at 11:00 a.m. Plaintiff's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

        SO ORDERED.

Dated:    New York, New York
            April 7, 2008

                                                /FRANK MAAS
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

Copies to:

Honorable Laura Taylor Swain
United States District Judge

William J. Pisarello, Esq.
Rebore, Thorpe & Pisarello, PC
Fax: (631) 249-8190

Donia Sawwan, Esq. / Dominick Bratti, Esq.
Fox Rothschild LLP
Fax: (212) 692-0940