

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1697
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Dominick Bratti
Direct Dial: (973) 994-7528
Email Address: dbratti@foxrothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 10 2008
```

**MEMO ENDORSED**

April 8, 2008

<u>**VIA FACSIMILE (212) 805-0426**
**AND REGULAR MAIL**</u>
Hon. Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10017-1312

    Re:    <u>Brownstone Agency, Inc. and Johnson & Murphy
            v. Eugene J. Callaghan, John Gloistein, and E & J Agency, Inc.</u>
            Civil Action No.: 1:08-cv-522 (LTS)(FM)

Dear Judge Swain:

Per my telephone conversation with Your Honor's Chambers, I am writing to request that the initial pre-trial conference scheduled for April 11, 2008 be adjourned for one month (to May 9, 2008). Magistrate Maas has scheduled discovery in this matter to close on May 30, 2008.

Thank you for your courtesies in this regard.

Respectfully submitted,

*Dominick Bratti*

DB:cm

RL1 712051v1 04/08/08

*In light of the general Pretrial Management reference to Judge Maas, the April 11, 2008, conference date before the undersigned is cancelled.*

SO ORDERED.

*[signature]* 4/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE