UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Brownstone Agency, Inc., et al.,

            Plaintiff(s),

-against-

Callaghan, et al.,

            Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

ORDER OF DISCONTINUANCE

08 Civ. 522 (LTS)(FM)

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
            ~~April 30~~, 2008
            ~~May~~, May 5

                                            FRANK MAAS
                                            United States Magistrate Judge

Attorney(s) for Plaintiff Brownstone Agency
William Pisarello, Esq
Rebore, Thorpe & Pisarello, PC

Attorney(s) for Defendant Eugene Callaghan, et al
Dominick Bratti, Esq.
Fox Rothschild, LLP

MAY-02-2008 FRI 12:18 PM FOX ROTHSCHILD LLP           FAX NO. 00000008000           P. 02
Case 1:08-cv-00522-LTS   Document 27   Filed 05/05/2008   Page 2 of 2

04/30/2008 09:53 FAX 2128056724           JUDGE MAAS           ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Brownstone Agency, Inc., et al.,

　　　　Plaintiff(s),

　　-against-

Callaghan, et al.,

　　　　Defendant(s).
------------------------------------x

ORDER OF DISCONTINUANCE

08 Civ. 522 (LTS)(FM)

　　It having been reported to the Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

　　ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:　　New York, New York
　　　　　　April 30, 2008

　　　　　　　　　　　　　　　　　　　　　　FRANK MAAS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Attorney(s) for Plaintiff Brownstone Agency
William Piswello, Esq
Rebore, Thorpe & Piswello, PC

Attorney(s) for Defendant Eugene Callaghan, et al
Dominick Beatti, Esq. Donia Sawwan, Esq.
Fox Rothschild LLP